UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-72-4D

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | |
| ] | ORDER TO OBTAIN FEES IN |
| TIANA MAYNARD ] | EXCESS OF STATUTORY MAXIMUM |
| A/K/A TIANNA BROOKS ] | |
| _____ ] | |

Upon motion of the Defendant and for good cause shown, the undersigned United States District Court Judge, James C. Dever III, approved Defendant's Motion For Fees in Excess of Statutory Maximum in the amount of $2,400.00, on December 1, 2015, which amount could not be exceeded without approval from the Chief Judge of the Circuit Court.

Defendant has filed with the Court an Motion to Obtain Fees in Excess of Statutory Maximum up to a total of $10,000.00.

That this Court submitted Defendant's Motion to the Chief Judge of the 4th Circuit for approval of the additional costs associated with review of voluminous discovery up to a total of $10,000.00.

After said Order has been submitted and approved by the 4th Circuit additional funds up to $10,000.00 is hereby approved.

SO ORDERED, this 1 day of December, 2015.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE