UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00072-D

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.  ] | **ORDER TO FILE UNDER SEAL** |
| ] | |
| TIANA MAYNARD ] | |

UPON Motion of Defendant and for good cause shown, Defendant's Motion to File Under Seal a Sentencing Memorandum, is granted, and it is hereby ordered that the Sentencing Memorandum shall be filed under seal pursuant to local rules of this Court.

SO ORDERED, this 22 day of February, 2017.

_____
HONORABLE JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE